IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond Orrand, Administrator, et al. :
        Plaintiffs, :

        v. :   Civil Action No. C2-09-1129

:   Judge Sargus

Kin Contractors, LLC, et al., :
:   Magistrate Judge Abel
        Defendants. :

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that this matter is dismissed with prejudice with each party to bear its own costs.

        Respectfully submitted,

        s/Michael J. Ball
        Michael J. Ball (0084150)
        VORYS, SATER, SEYMOUR AND PEASE LLP
        52 East Gay Street
        Post Office Box 1008
        Columbus, Ohio 43216-1008
        (614) 464-5625
        Attorneys for Plaintiffs


        s/George M. Reul, Jr. (per email auth. 06/23/2011)
        George M. Reul, Jr.
        Trial Attorney for Defendants
        Freking & Betz, LLC
        525 Vine Street, Sixth Floor
        Cincinnati, OH 45202
        513-721-1975
        Attorneys for Defendants